**Order entered December 31, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00759-CV

## IN RE EPES TRANSPORT SYSTEM, INC. AND MARK LEFEBVRE, RELATORS

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-01998**

## ORDER

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/s/    BILL WHITEHILL
       JUSTICE